UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HECTOR GUTIERREZ, | ) | No. CV 11-3123 MWF (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| JAMES A. YATES, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 29, 2012

_____
MICHAEL W. FITZGERALD
United States District Judge